### IN THE UNITED STATED DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ENGLAND LOGISTICS, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>ARB TRANSPORTATION INC., an Illinois corporation; and ANDREW SZCZECHULA, JR., an individual;<br><br>    Defendants. | Case No.: 22-cv-5918<br><br>Hon. Judge Ronald A. Guzman<br><br>Hon. Mag. Judge Maria Valdez |

## JUDGMENT ORDER

This matter coming before the Court on the Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b)(2) filed by ENGLAND LOGISTICS, INC. ("Plaintiff") against ARB TRANSPORTATION, INC. and ANDREW SZCZECHULA, JR. ("Defendants"), proper notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. For the reasons stated in Plaintiff's Motion for Default Judgment and on the record in this Court on April 12, 2023, Plaintiff's Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b)(2) is hereby <u>GRANTED</u>.

2. Judgment is entered in favor of Plaintiff, ENGLAND LOGISTICS, INC. and against Defendants, ARB TRANSPORTATION, INC. and ANDREW SZCZECHULA, JR., jointly and severally, in the following amount(s):

| | |
|---|---:|
| Compensatory Damages: | $47,728.00 |
| Attorneys' Fees and Costs: | $11,454.45 |
| Statutory Interest: | $5,600.02 |
| **TOTAL JUDGMENT AMOUNT:** | **$64,782.47** |

Date: April 12, 2023

ENTERED:

*Ronald A. Guzman*

Honorable Judge Ronald A. Guzman

<u>Order prepared by</u>:
Ryan A. Mahoney
BLITCH WESTLEY BARRETTE S.C.
1550 Spring Road, Suite 120
Oak Brook, Illinois 60523
(312) 283-4220
rmahoney@bwesq.com